UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| G.E. TRANSPORT S.P.A. and ATHENA S.A., | : : : | |
| Petitioners, | : : | Civil Action No.:   08-2042 (RMU) |
| v. | : : | Re Document No.:  17 |
| REPUBLIC OF ALBANIA, MINISTRY OF PUBLIC WORKS, TRANSPORT AND TELECOMMUNICATIONS, | : : : : : | |
| Respondent. | : | |

## MEMORANDUM ORDER

### GRANTING THE PETITIONERS' RENEWED MOTION FOR AN AWARD OF PREJUDGMENT INTEREST

On March 16, 2010, the court granted in part and denied in part without prejudice the petitioners' motion for a default judgment and to confirm an arbitral award rendered against the respondent, the Republic of Albania's Ministry of Public Works, Transport and Telecommunications. *See generally* Mem. Op. (Mar. 16, 2010). More specifically, the court granted the petitioners' motion to confirm an arbitral award in the amount of $20,664,933.30, but denied without prejudice the petitioners' request for an award of prejudgment interest. *See generally id.* With respect to the latter determination, the court concluded that although an award of prejudgment interest in this case would be consistent with the accepted purposes of such an award, the petitioners had failed to adequately explain why the rate they had proposed (a rate of 2.33%, compounded annually) was an appropriate measure of prejudgment interest in this case. *See id.* at 13-14.

Accordingly, on March 29, 2010, the petitioner filed this renewed motion for an award of prejudgment interest.[1]  *See generally* Petrs' Renewed Mot.  They request that the court award prejudgment interest at an annual rate of 3.56%, representing the weighted average of the prime rate between July 28, 2008 (the date the arbitral award was issued) and March 16, 2010 (the date that the court confirmed the arbitral award).  *Id.* at 3.  The respondent has not filed an opposition to the petitioners' motion.

As noted in the court's previous ruling, "[w]hether pre-judgment interest is to be awarded is subject to the discretion of the court and equitable considerations."  Mem. Op. (Mar. 16, 2010) (quoting *Oldham v. Korean Air Lines Co.*, 127 F.3d 43, 54 (D.C. Cir. 1997)).   The "decision on how to compute prejudgment interest is discretionary with the district court."  *Forman v. Korean Air Lines Co.*, 84 F.3d 446, 450 (D.C. Cir. 1996).  This Circuit has expressly approved the use of the prime rate for determining prejudgment interest.  *See id.* (noting the Circuit's agreement "with many of [its] sister circuits that the use of the prime rate for determining prejudgment interest is well within the district court's discretion"); *see also Pugh v. Socialist People's Libyan Arab Jamahiriya*, 530 F. Supp. 2d 216, 265 (D.D.C. 2008) (applying the average annual Treasury Bill rate to calculate prejudgment interest, but noting that "an average of the prime rate[] also would have been justified").

These authorities provide ample support for the petitioners' request that the court award them prejudgment interest at the average prime rate of 3.56%, compounded annually.  *See Forman*, 84 F.3d at 450 (approving the use of the prime rate for determining prejudgment

---

[1] Although the petitioners style their motion as one for "partial reconsideration" of this court's prior ruling on their request for an award of prejudgment interest, the petitioners do not, in fact, challenge any aspect of that ruling.  *See generally* Petrs' Renewed Mot.  Given that the petitioners' request for prejudgment interest was denied without prejudice, the court construes the petitioners' motion as a renewed motion for an award of prejudgment interest.

3

interest); *Pugh*, 530 F. Supp. 2d at 265 (applying a compounded interest rate "to fully compensate plaintiffs" for their losses).  Accordingly, it is this 15th day of April, 2010, hereby,

**ORDERED** that the petitioners' renewed motion for prejudgment interest is **GRANTED**; and it is

**FURTHER ORDERED** that the respondent shall pay the petitioners a prejudgment interest award in the amount of $1,214,753.09, representing prejudgment interest calculated at an annual rate of 3.56%, compounded annually.

                        RICARDO M. URBINA
                        United States District Judge